IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00252-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JASON LEE RICKERT,

    Plaintiff,

v.

BOULDER COUNTY OF BOULDER, COLORADO,
THE BOULDER COUNTY JAIL,
BOULDER COUNTY MEDICAL, and
DR. DAVID KAPLAN,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

On January 31, 2013, Plaintiff submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to the Court.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the filing is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing **certified copy** of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) _X_ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) _X_ is not on proper form (Must use form revised on 10/1/2012)

(9) __    names in caption do not match names in caption of complaint, petition or habeas application
(10) __   other: _____

**Complaint, Petition or Application**:

(11) _X_  is not submitted
(12) __   is not on proper form
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos. __
(15) __   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __   other:

Accordingly, it is

    ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

    FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner Complaint form and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

    FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

    DATED February 1, 2013, at Denver, Colorado.

                                BY THE COURT:

                                 s/ Boyd N. Boland
                                United States Magistrate Judge