IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00252-BNB

JASON LEE RICKERT,

    Plaintiff,

v.

REVADA FARNSWORTH, R.N., Boulder County Jail Badge # 1524,
CHERI, (Last Name Unknown, R.N., Boulder County Jail Badge # 1581,
PATTI BOOTH, R.N., Boulder County Jail Badge # 1507,
DR. DAVID KAPLAN, Boulder County Jail Medical,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 3, 2013, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge