IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00252-CMA-BNB

JASON LEE RICKERT,

Plaintiff,

v.

REVADA FARNSWORTH, R.N., Boulder County Jail Badge #1524,
CHERI (LAST NAME UNKNOWN), R.N., Boulder county Jail Badge #1581,
PATTI BOOTH, R.N., Boulder County Jail Badge #1507, and
DR. DAVID KAPLAN, M.D., of the Boulder County Jail Medical,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Amend Caption to Correct Defendants' Names** [docket no. 46, filed May 15, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and on all future filings, the caption should read as follows:

JASON LEE RICKERT,

Plaintiff,

v.

REVADA FARNSWORTH, R.N., Boulder County Jail Badge #1524,
CHERI **HARVEY**, R.N., Boulder county Jail Badge #1581,
PATTI BOOTH, R.N., Boulder County Jail Badge #1507, and
DR. **JEREMIAH** KAPLAN, M.D., of the Boulder County Jail Medical,

Defendants.

DATED:  May 17, 2013