IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00252-CMA-BNB

JASON LEE RICKERT,

Plaintiff,

v.

REVADA FARNSWORTH, R.N., Boulder County Jail Badge #1524,
CHERI HARVEY, R.N., Boulder county Jail Badge #1581,
PATTI BOOTH, R.N., Boulder County Jail Badge #1507, and
DR. JEREMIAH KAPLAN, M.D., of the Boulder County Jail Medical,

Defendants.

_____

# ORDER

_____

This matter arises on the plaintiff's **Motion to Proceed Without Discovery** [Doc. #73, filed 10/17/2013] (the "Motion").  The Motion is DENIED.

The plaintiff discusses several unsuccessful attempts to obtain his medical records.  He attaches to the Motion his responses to the Defendants' First Set of Interrogatories.  He requests that the court "grant said motion to proceed without discovery."  In an attempt to understand the nature of the relief sought by the plaintiff, I ordered the defendants to file a response to the Motion.  It is "not clear to Defendants what relief Plaintiff is seeking."  *Defendants' Response to Plaintiff's Motion to Proceed Without Discovery* [Doc. #78], ¶ 4.

The Federal Rules of Civil Procedure provide that a request for a court order must "state with particularity the grounds for seeking the order" and must "state the relief sought."  Fed. R. Civ. P. 7(b)(1)(B) and (C).  The Motion is incomprehensible and fails to specify any grounds for relief or the precise nature of the relief sought.  Accordingly,

IT IS ORDERED:

(1)   The Motion [Doc. #73] is DENIED;

(2)   All future requests for an order shall comply with Rule 7; and

(6)   Failure to comply with this order may result in sanctions, including dismissal of this

case.

Dated October 29, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge