IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00252-CMA-BNB

JASON LEE RICKERT,

Plaintiff,

v.

REVADA FARNSWORTH, R.N., Boulder County Jail Badge #1524,
CHERI HARVEY, R.N., Boulder county Jail Badge #1581,
PATTI BOOTH, R.N., Boulder County Jail Badge #1507, and
DR. JEREMIAH KAPLAN, M.D., of the Boulder County Jail Medical,

Defendants.

_____

## ORDER
_____

This matter arises on the plaintiff's **Motion to Request for Updated Special Excess Policy for Public Entities Declarations for Boulder County** [Doc. #76, filed 10/21/2013] (the "Motion for Updated Policy").  The plaintiff requests that the defendants provide him with an updated "Special Excess Policy for Public Entities Declarations."  The defendants state that they have provided an updated copy of the policy to the plaintiff.  *Defendants' Response to Plaintiff's Motion to Request for Updated Pecial Excess Policy for Public Entities Declarations for Boulder County* [Doc. #82].

IT IS ORDERED that the Motion for Updated Policy [Doc. # 76] is DENIED as moot.

Dated November 7, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge