**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00252-CMA-BNB

JASON LEE RICKERT,

    Plaintiff,

v.

REVADA FARNSWORTH, R.N., Boulder Cunty Jail Badge #1524,
CHERI HARVEY, R.N., Boulder County Jail Badge #1581,
PATTI BOOTH, R.N., Boulder County Jail Badge #1507, and
DR. JEREMIAH KAPLAN, M.D., Boulder County Jail Medical,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting and Affirming the April 14, 2014 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on June 9, 2014 it is

    ORDERED Plaintiff's Motion for an Extension to File Objections to Recommendation of Summary Judgment by Recommendation of United States Magistrate Judge (Doc. # 97) is DENIED as moot. It is further

    ORDERED that Defendants' Motion for Summary Judgment (Doc. # 87) is GRANTED. It is further

    ORDERED that the claims against Defendant are DISMISSED WITH PREJUDICE. It is further

ORDERED that the case is DISMISSED in its entirety.  It is further

ORDERED that the Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 10th day of June, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas
Deputy Clerk